```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                         CASE NO. 06 B 07318
      ALEX RODRIGUEZ
      YAJAIRA RIOS-RODRIGUEZ                      CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

              Debtor
      SSN XXX-XX-6762     SSN XXX-XX-2818
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/21/06 and confirmed on 09/14/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   9117.40 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | SECURED | .00 | .00 | .00 |
| GE MONEY BANK | SECURED VEHIC | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 19892.91 | .00 | 4199.17 |
| AVON PRODUCTS | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6828.84 | .00 | 1441.49 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 336.05 | .00 | 70.94 |
| WORLD FINANCIAL NETWORK | UNSECURED | 147.04 | .00 | 31.04 |
| UNIVERSITY OF ILLINOIS H | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 162.03 | .00 | 34.20 |
| WILL COUNTY MEDICAL ASSO | UNSECURED | NOT FILED | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 115.24 | .00 | 115.24 |
| BANK ONE/JPM CHASE | UNSECURED | 398.22 | .00 | 84.06 |

          Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 115.24 | .00 | 27765.09 | .00 | 27880.33 |
| PRINCIPAL PAID | 115.24 | .00 | 5860.90 | .00 | 5976.14 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 115.24 | .00 | 5860.90 | .00 | 5976.14 |

The Debtor's attorney, JOHN C DENT                     , was allowed $    3000.00
and was paid $    329.50  direct and $   2670.50  through the plan.

The Trustee received $    470.72 .

Refunds to the Debtor totaled $        .04 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE